UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 2:95-CR-161-LDG-LRL |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| RAMON ROSALES | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#21), sentencing held on October 11, 1995. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: U.S.A.A. INSURANCE CORPORATION
Amount of Restitution: $17,466.92

Name of Payee: STATE FARM INSURANCE COMPANY
Amount of Restitution: $45,348.60

**Total Amount of Restitution ordered: $62,815.52**

Dated this 17 day of November, 2017.

_____
UNITED STATES DISTRICT JUDGE